UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIA OLENIAK, ALI EVANS, and KIM PORTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER CABLE INC, TIME WARNER ENTERTAINMENT COMPANY LP, TIME WARNER CABLE LLC, and TIME WARNER NY CABLE LLC D/B/A TIME WARNER CABLE SHARED SERVICES,<br><br>Defendants. | Civil Action No. 12-CV-3971 (KPF) |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the accompanying Declaration of Christopher Q. Davis, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel attorneys' fees in the sum of $1,250,000.00, which is one- third (1/3) of the Settlement Amount;

(2) awarding Class Counsel costs of $40,914.21; and

(3)     granting such other, further, or different relief as the Court deems just and proper.

Dated: December 3, 2013
       Brooklyn, New York

Respectfully submitted,

**STOLL, GLICKMAN & BELLINA, LLP.**

By: _____

Christopher Q. Davis
475 Atlantic Ave., 3rd Floor
Brooklyn, NY 11217
Tel: (718) 852-3710

*Class Counsel*