UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIA OLENIAK, ALI EVANS, and KIM PORTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER CABLE INC, TIME WARNER ENTERTAINMENT COMPANY LP, TIME WARNER CABLE LLC, and TIME WARNER NY CABLE LLC D/B/A TIME WARNER CABLE SHARED SERVICES,<br><br>Defendants. | Civil Action No. 12-CV-3971 (KPF)<br><br>**NOTICE OF MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF THE FLSA SETTLEMENT AND SERVICE AWARDS** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of FLSA Settlement and Service Awards ("Motion for Final Approval"), and in the Declaration of Christopher Q. Davis in Support of Plaintiffs' Motion for Final Approval, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order certifying for the purposes of settlement only the following Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and Section 29 U.S.C. § 216(b):

    1.    New York/New Jersey Rule 23 Class Members: All individuals who are or were employed as Customer Service Representatives by Defendants in Defendants' customer service call centers located in Flushing, Staten Island and Hudson Valley, New York at any time between May 18, 2006 and the date the Court grants Preliminary Approval of the Settlement.

2. Federal FLSA Class Members: All individuals who are or were employed as Customer Service Representatives by Defendants in at any time between May 18, 2009 and the date the Court grants Preliminary Approval of the Settlement at one of the Defendants' following call center locations: Flushing, Staten Island, Hudson Valley, and Bergen County.

Plaintiffs further request that the Court grant final approval of the Parties' Settlement Agreement, appended as Attachment 1 to the Declaration of Christopher Q. Davis in Support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of FLSA Settlement and Service Awards, inclusive of service awards for the Class Representatives identified therein in the amounts proposed.

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit 2 to Declaration of Christopher Q. Davis in Support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of FLSA Settlement and Service Awards.

Dated: December 3, 2013
Brooklyn, New York

Respectfully submitted,

By: _____

Christopher Q. Davis (CD-7282)
**Stoll, Glickman & Bellina, LLP**
475 Atlantic Avenue, 3rd Floor
Brooklyn, New York 11217
Telephone: (718) 852-3710

*Attorneys for Plaintiffs and the Proposed Class*