```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NADIA OLENIAK, et al., individually and on                  :
behalf of all others similarly situated,                    :
                                                            :       12 Civ. 3971 (KPF)
                                                            :
                               Plaintiffs,                  :
              v.                                            :            ORDER
                                                            :
TIME WARNER CABLE, INC., et al.,                            :
                                                            :
                               Defendants.                  :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 7, 2014

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of letters dated March 3, 2014, and March 6, 2014, from representatives of The Ottinger Firm, P.C., Plaintiffs' former counsel, and Stoll, Glickman & Bellina, LLP, Plaintiffs' current counsel (Dkt. #82, 86). It is hereby ORDERED that by March 14, 2014, representatives from The Ottinger Firm, P.C., and Stoll, Glickman & Bellina, LLP, shall each submit an affidavit detailing the work performed during the period of its representation of Plaintiffs, including the length of that representation, the number of hours worked, and the fees expended for which no reimbursement was received. To the extent there are contemporaneous documents supporting the statements made in said affidavits, those documents should be included as exhibits. The March 14, 2014 conference is hereby adjourned to **March 18, 2014, at 10:00 a.m.**

SO ORDERED.

Dated: March 7, 2014
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge